NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
320 16th St,
Hermosa Beach, CA 90254
T: (415) 638-9140
E: andrew@ajglawgroup.us

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RUBEN FLORES | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-01621 |
| v. | |
| ASSUREHIRE, INC. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ____Plaintiff Ruben Flores____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ruben Flores | Plaintiff |
| Andrew J. Gramajo | Plaintiff's Attorney |
| AssureHire, Inc. | Defendant |

February 26, 2025
Date

/s/ Andrew J. Gramajo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Ruben Flores

CV-30 (05/13)                     NOTICE OF INTERESTED PARTIES