Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
320 16th St,
Hermosa Beach, CA 90254
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorneys for Plaintiff*
*Ruben Flores*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| RUBEN FLORES,<br><br>            Plaintiff,<br>vs.<br><br>ASSUREHIRE, INC.,<br><br>            Defendant. | Case No.: 2:25-cv-01621-WLH-SK<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT ASSUREHIRE, INC.** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Ruben Flores has served upon Defendant AssureHire, Inc. copies of the following documents:

      1) Issued Summons,

      2) Complaint,

      3) Civil Cover Sheet,

      4) Certification and Notice of Interested Parties;

      5) Notice of Assignment to United States Judges;

1 | 6) Notice to parties of court-directed ADR Program; and

2 | Attached hereto is a copy of the Affidavit of Service.

Dated: March 5, 2025						By: */s/ Andrew J. Gramajo*
									Andrew J. Gramajo, CA # 338144
									AJG LAW GROUP, PC.
									320 16th St,
									Hermosa Beach, CA 90254
									T:(415) 638-9140
									E: Andrew@Ajglawgroup.us

									*Attorneys for Plaintiff*
									*Ruben Flores*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| RUBEN FLORES | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:25-cv-01621-WLH (SKx) |
| ASSUREHIRE, INC. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AssureHire, Inc.
c/o C T Corporation System
330 N Brand Blvd.
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew J. Gramajo
AJG LAW GROUP, PC.
320 16th St,
Hermosa Beach, CA 90254
T:(415) 638-9140
E: andrew@ajglawgroup.us

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/26/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-01621-WLH-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AssureHire, Inc. c/o CT Corporation System was received by me on *(date)* March 1, 2025, 10:14 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jessie Gastelum, Intake Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* AssureHire, Inc. c/o CT Corporation System the following documents:  1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Certificate of Interested Parties; 5) Notice of Assignment to US Judges; 6) Notice to Parties of Court-Directed ADR Program, on *(date)* Monday, March 3, 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 03/04/2025

*Server's signature*

Zoe Roller 2023100296

*Printed name and title*

Medley Serves & Investigations, LLC
117 Bimini Place #107, Los Angeles, CA 90004

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 3, 2025, 12:30 pm PST at CORPORATE: 330 NORTH BRAND BOULEVARD, GLENDALE, CA 91203 received by c/o CT Corporation System.
Jessie Gastelum, Intake Specialist