| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>ELIZABETH A. SPERLING - State Bar No. 231474<br>esperling@glaserweil.com<br>ALEXANDER R. MILLER - State Bar No. 294474<br>amiller@glaserweil.com<br>GLASER WEIL FINK HOWARD<br>  JORDAN & SHAPIRO LLP<br>600 W. Broadway, Suite 2850<br>San Diego, CA 92101<br>ATTORNEY(S) FOR: DEFENDANT ASSUREHIRE, INC. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FLORES<br><br>Plaintiff(s),<br>v.<br>ASSUREHIRE, INC.<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-01621-WLH-SK<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant AssureHire, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AssureHire, Inc. | Defendant |
| Mitratech Holdings, Inc. | Parent Company of AssureHire, Inc. |
| Ruben Flores | Plaintiff |

| | |
|---|---|
| March 24, 2025 | /s/ Elizabeth A. Sperling |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant AssureHire, Inc.