Meir Rubinov, NY Bar # 6077887
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: 718-640-8123
F: (718) 247-8020
E: mrubinov@consumerattorneys.com

Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
320 16th St,
Hermosa Beach, CA 90254
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorneys for Plaintiff*
*Ruben Flores*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUBEN FLORES,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>ASSUREHIRE, INC.,<br><br>　　　　　　　Defendant. | Case No.: 2:25-cv-01621-WLH-SK<br><br>**DECLARATION OF MEIR RUBINOV IN OPPOSITION OF DEFENDANT ASSUREHIRE, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Hearing Date: June 6, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Complaint filed: February 26, 2025<br>Trial Date: Not set |

1
DECLARATION OF MEIR RUBINOV IN OPPOSITION OF
DEFENDANT ASSUREHIRE, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Meir Rubinov, an attorney duly admitted *pro hac vice* to practice in this District, hereby declares as follows:

1. I am associated with the law firm of Consumer Attorneys, PLLC, counsel for Plaintiff in this action. I am actively involved in the prosecution of this action, and familiar with its proceedings.

2. I offer this declaration in opposition to Defendant AssureHire Inc.'s motion to dismiss for the limited purpose of introducing documents that are cited in the accompanying memorandum of law in opposition to the motion to dismiss.

3. Exhibit 1 is the clean version of Plaintiff's Proposed Amended Complaint for Violations of the Fair Credit Reporting Act (the "PAC").

4. Exhibit 2 is a redline comparing the operative complaint in this matter (ECF No. 1) with the PAC.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Meir Rubinov*
_____
Meir Rubinov