**FILED**

AUG 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUBEN FLORES, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ASSUREHIRE, INC., <br><br> Defendant - Appellee. | No. 25-4110 <br><br> D.C. No. 2:25-cv-01621-WLH-SK <br> Central District of California, Los Angeles <br><br> ORDER |

Before: S.R. THOMAS, SILVERMAN, and BENNETT, Circuit Judges.

The court has received the response to the July 3, 2025 order. The court lacks jurisdiction over this appeal, because the challenged order is not final or appealable. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) ("[A] plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint. A further district court determination must be obtained."); *see also* 28 U.S.C. § 1291.

**DISMISSED.**