UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FLORES,<br><br>                Plaintiff,<br><br>    v.<br><br>ASSUREHIRE, INC.,<br><br>                Defendant. | Case No.: 2:25-cv-01621-WLH-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ASSUREHIRE, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(b) AND REQUEST FOR ENTRY OF JUDGMENT** |

      Defendant AssureHire, Inc. ("AssureHire") filed its Motion to Dismiss on April 14, 2025. Dkt. No. 15. Plaintiff filed his opposition on May 16, 2025 (Dkt. No. 21), and AssureHire filed its reply on May 23, 2025. Dkt. No. 22. The Court granted AssureHire's Motion to dismiss on June 2, 2025, dismissing the first and second causes of action with prejudice, and permitting Plaintiff to amend his third claim for violation of Section 1681k(a) of the Fair Credit Reporting Act within 21 days, if he so chose. Dkt. No. 23.

      Plaintiff failed to file an amended complaint within 21 days, as ordered, and instead, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. Dkt. No. 24. The Ninth Circuit dismissed Plaintiff's appeal on August 27, 2025. Dkt. No. 26. Plaintiff has taken no further action in this case since then.

On September 16, 2025, AssureHire filed the instant Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(b), requesting dismissal of the entire action with prejudice and entry of Judgment in its favor ("Motion"). The Court, having considered AssureHire's Motion and finding good cause therefor, finds that each of the five factors enumerated in *Yourish v. California Amplifier,* 191 F.3d 983, 990 (9th Cir. 1999) favors AssureHire's Motion and therefore hereby GRANTS AssureHire's Motion and DISMISSES the action in its entirety, with prejudice. The Clerk of Court is instructed to enter final Judgment in favor of AssureHire and close the case.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE