UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUBEN FLORES, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ASSUREHIRE, INC., <br><br> Defendant - Appellee. | No. 25-4110 <br><br> D.C. No. 2:25-cv-01621-WLH-SK <br><br> Central District of California, Los Angeles <br><br> MANDATE |

The judgment of this Court, entered August 27, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT