Name: Joshua E. Kim
Address: 2304 Huntington Dr., Suite 210
City, State, Zip: San Marino, CA 91108
Phone: 888-651-6411
Fax: 818-484-2023
E-Mail: joshua@devinfoklaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ruben Flores

PLAINTIFF(S),

v.

AssureHire, Inc.

DEFENDANT(S).

CASE NUMBER: 2:25-cv-01621-WLH-SK

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Ruben Flores_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
granting defendant's motion to dismiss

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __June 2, 2025__. Entered on the docket in this action on __June 2, 2025__.

A copy of said judgment or order is attached hereto.

October 16, 2025
Date

Signature: /s/ Joshua Kim

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL